UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

DOUGLAS A. DUHART

                               Plaintiff,          **NOTICE OF MOTION**

-against-

                                                **Civil Action No.: 07-CV-00169**

CSX TRANSPORTATION, INC.,

                                                **GLS/DRH**

                              Defendant.
-------------------------------------------------------

     PLEASE TAKE NOTICE, that upon the annexed Affidavit of Scott A. Barbour, Esq., sworn to on July 31, 2008, the Memorandum of Law of defendant CSX Transportation, Inc. dated July 31, 2008, the defendant's Statement of Undisputed Facts dated July 31, 2008, and all the previous papers and proceedings had herein, the undersigned will bring the within motion on for a hearing before U.S. District Judge Gary L. Sharpe, in the United States District Court for the Northern District of New York at the James T. Foley U.S. Courthouse in Albany, New York, at 9:00 a.m. on September 4, 2008 for: (1) an Order pursuant to Rule 702 of the Federal Rules of Evidence excluding the testimony, opinions/conclusions, and report of plaintiff's expert, John McCarthy, from use at trial and, (2) an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting summary judgment to defendant dismissing the plaintiff's Complaint, and for such other and further relief as the Court may deem just and proper.

DATED:     July 31, 2008                                McNAMEE, LOCHNER, TITUS
                                                                  & WILLIAMS, P.C.

                                                   By:     _____
                                                                  Scott A. Barbour
                                                                    Bar Roll #: 101080
                                                                    Attorneys for Defendant
                                                                    677 Broadway
                                                                    P.O. Box 459
                                                                    Albany, New York 12201-0459
                                                                    (518) 447-3213

TO:   Kevin M. Hickey, Esq.
　　　O'CONNELL and ARONOWITZ
　　　Attorneys for Plaintiff
　　　54 State Street
　　　Albany, New York  12207
　　　(518) 462-5601